**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| ANGELA DANIELS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 16-cv-2068-JWL-TJJ |
| | ) | |
| | ) | |
| SMITHKLINE BEECHAM CORPORATION, et al., | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on a Motion for Leave to Withdraw as Counsel for Plaintiffs (ECF No. 33) filed by attorneys Jeffrey J. Lowe, John F. Garvey, and Sarah Shoemake Doles and the law firm of Carey, Danis & Lowe. Counsel request that they be allowed to withdraw as attorneys of record for Plaintiffs Angela Daniels and Joshua Folsom in this action. The deadline for filing a response to the Motion to Withdraw has passed and no response has been filed. As the relief requested would leave the clients without counsel, movants must satisfy the requirements of D. Kan. Rule 83.5.5(a). Upon review, the Court concludes that the motion should be granted.

For the reasons stated in the Motion to Withdraw, good cause exists for counsel to withdraw. Plaintiffs have informed their counsel that they are seeking new representation and no longer wish for movants to represent them in this matter.

Movants have shown that they mailed Ms. Daniels and Mr. Folsom a letter which includes the upcoming deadlines in this case.[1] Movants have also shown that they notified Ms. Daniels and Mr. Folsom that if they do not retain counsel, they will be personally responsible for complying with all orders of the court and time limitations established by the rules of procedure

---

[1] The deadlines have since been canceled in light of Plaintiffs' intention to seek new counsel, and will be reset after new counsel enters an appearance for Plaintiffs. *See* Order (ECF No. 32).

or by court order.  The motion also contains a current mailing address and phone number for Ms. Daniels and Mr. Folsom.  Finally, on March 4, 2016, movants served Ms. Daniels and Mr. Folsom with a copy of their Motion for Leave to Withdraw as Counsel for Plaintiffs by certified mail, with return receipt requested.  Movants also provide a copy of the return receipt.

From the date of service of this Order on the parties to this action, no further notices, papers or pleadings are to be served upon withdrawing counsel. Until Plaintiffs retain new counsel who has entered an appearance on their behalf, all further notices, papers or pleadings to Plaintiffs Angela Daniels and Joshua Folsom shall be served on them at the following address:

> 35 Lilac Lane
> Bonner Springs KS 66012

**IT IS THEREFORE ORDERED** that the Motion for Leave to Withdraw as Counsel for Plaintiffs (ECF No. 33) is granted.  Movants are hereby authorized to withdraw as counsel of record for Plaintiffs Angela Daniels and Joshua Folsom in this case.

Dated this 31st day of March, 2016 in Kansas City, Kansas.

> _s/ Teresa J. James_
> Teresa J. James
> United States Magistrate Judge

2